**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISTANT SEA JARAMILLO,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | Case No.: 1:25-cv-01717 JLT SKO<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING THE COMMISSIONER'S REQUEST TO AFFIRM, AND REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(Docs. 11, 15, 18) |

Distant Sea Jaramillo seeks judicial review of the decision denying his application for supplemental security income under Title XVI of the Social Security Act, asserting the administrative law judge erred in evaluating the record. (Doc. 1; Doc. 11.) The magistrate judge found that the ALJ committed harmful error by failing "to adequately address the persuasiveness of NP Palma's opinion," which resulted in the ALJ identifying an unsupported residual functional capacity. (Doc. 18 at 8; *see also id.* at 8-14.) The magistrate judge determined a remand was appropriate for the ALJ to address the identified medical opinion. (*Id.* at 14.) Therefore, the magistrate judge recommended the Court grant Plaintiff's motion for summary judgment and remand the matter for further proceedings. (*Id.* at 14-15.) Therefore, the magistrate judge recommended the Court grant Plaintiff's motion for summary judgment, remand the matter for further proceedings, and enter judgment in

favor of Plaintiff. (*Id.* at 15.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 18 at 15.) The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 15-16, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)). Neither party filed objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 28, 2026 (Doc. 18) are **ADOPTED** in full.
2. Plaintiff's motion for summary judgment (Doc. 11) is **GRANTED.**
3. The Commissioner's request to affirm (Doc. 15) is **DENIED**.
4. The final decision of the Commissioner of Social Security is **REVERSED.**
5. This matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Court's findings.
6. The Clerk of the Court is directed to terminate pending matters; enter judgment in favor of Plaintiff Distant Sea Jaramillo and against Defendant Frank Bisignano, Commissioner of Social Security; and close this action.

IT IS SO ORDERED.

Dated: August 13, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE